Chester v Cleo Realty Assoc., L.P. (2023 NY Slip Op 01133)

Chester v Cleo Realty Assoc., L.P.

2023 NY Slip Op 01133

Decided on March 02, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 02, 2023

Before: Kern, J.P., Oing, Gesmer, Scarpulla, Rodriguez, JJ. 

Index No. 151972/17 Appeal No. 17148 Case No. 2022-03541 

[*1]Aileen Chester et al., Plaintiffs-Respondents,
v
Cleo Realty Associates, L.P., Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Frank P. Nervo, J.), entered on or about July 08, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated February 17, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: March 2, 2023